**Dismiss and Opinion Filed February 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00046-CR

### JOSE DANIEL GALVAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MA13-65500-C**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the

motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and

this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).


PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140046F.U05